**IN THE UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In the Matter of:                           }
                                            }       Case No. 12-31089
Jacqueline  Castleberry                     }
                                            }       Chapter 13
                                            }
**Debtor(s)**                               }

### Amended Motion to Approve Loan Modification

Comes now the undersigned attorney of record and hereby moves this Honorable Court to approve the attached loan modification and as grounds for such state as follows:

1.    The debtor filed Chapter 13 on May  3, 2012.  The debtor listed Bank of America as a residential mortgage which would be paid direct.

2.    The debtor has requested a loan modification from the mortgage company and the mortgage company has proposed the following loan modification terms in response:

    Old Payment  $560.00          New payment $568.78
    Old Interest    3.75%            New interest  3.875%

3.    The modification will capitalize all arrears on the loan.

Wherefore, premises considered, the debtor requests this court to allow the debtors to proceed with loan modification with the mortgage company according to the terms proposed.


    Respectfully submitted,


                              /s/ Richard D. Shinbaum ASB-8638-B54R
                              *Attorney for Debtor*:
                              Richard D. Shinbaum ASB-8638-B54R
                              Shinbaum & Associates
                              566 South Perry Street
                              P O Box 201
                              Montgomery, AL 36101
                              334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by

CM/ECF on this day February 3, 2016.


Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs

Bank of America